# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO.  12-30081-DRH |
| vs. | ) | |
| | ) | |
| JESSE STEVEN BRIDGES, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER FOR FORFEITURE PURSUANT TO FED.R.CRIM.P. 32.2 WITH RESPECT TO CERTAIN TO FIREARMS AND AMMUNITION OF JESSE STEVEN BRIDGES

**HERNDON, Chief Judge:**

In the Indictment filed in the above cause on March 20, 2012, the United States sought forfeiture of certain firearms and ammunition of Jesse Steven Bridges pursuant to 18 U.S.C. § 2253.  The court, upon consideration of the guilty plea in this matter, hereby finds that the following property is forfeitable and hereby orders forfeited the following property:

**One Titan, .25 caliber pistol, bearing serial number 86571;**

**One Llama, .45 caliber pistol, bearing serial number 71040347004; and**

**Any and all ammunition contained therein.**

The United States shall provide notice of the forfeiture and the right of persons other than the defendant  who have any claim or legal interest in any of the property to file a petition with the Court.  The notice shall be provided in a manner consistent with

Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

The United States shall, also to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order for Forfeiture, as a substitute for the published notice to those persons so notified.

Upon the filing a petition alleging the third-party interests in the property, the court may amend this order to resolve the claimed third-party interests.

The United States Marshal or the custodian for Immigration and Customs Enforcement shall seize and reduce to his possession, if he has not already done so, the above-described property.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to defendant Jesse Steven Bridges at the time of the defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of the sentence of defendant Jesse Steven Bridges and shall be included in the Judgment imposed against defendant. This Order is a final order with respect

to defendant, and this Order may be amended with respect to petitions filed by third-parties claiming an interest in the subject-matter forfeited property.

**IT IS SO ORDERED.**

**DATE: September 14, 2012**

David R. Herndon
2012.09.14
07:46:10 -05'00'

**Chief Judge**
**United States District Court**